305-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
YANG MING MARINE TRANSPORT CORP.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attn: Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
AMERICAN HOME ASSURANCE                             08 CV 4599 (LTS) (DF)
COMPANY a/s/o FURNITURE BRANDS
INTERNATIONAL, INC,

                  Plaintiff,                              **NOTICE OF APPEARANCE**

  - against -

M.V. YM HAMBURG, her engines, boilers,
appurtenances, etc.; HANJIN SHIPPING and
YANG MING MARINE TRANSPORT CORP.,

                  Defendants.
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendant, YANG MING MARINE TRANSPORT CORP.

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendant.

Dated:  New York, New York
        June 18, 2008               FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for Defendant
                                          YANG MING MARINE TRANSPORT CORP.

                            By: _____
                                   Michael E. Unger (MU 0045)
                                   80 Pine Street
                                   New York, NY 10005
                                   (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/306961.1

TO:    McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY  10005-1801
Attention: Edward C. Radzik, Esq.

HANJIN SHIPPING
80 East Route 4, Suite 390
Paramus NJ 07652-2655

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMERICAN HOME ASSURANCE                       08 CV 4599 (LTS) (DF)
COMPANY a/s/o FURNITURE BRANDS
INTERNATIONAL, INC,

                 Plaintiff,                                **AFFIDAVIT OF SERVICE**

             -against -

M.V. YM HAMBURG, her engines, boilers,
appurtenances, etc.; HANJIN SHIPPING and
YANG MING MARINE TRANSPORT CORP.,

                      Defendants.
------------------------------------------------------------------x
STATE OF NEW YORK     )
                              ss:
COUNTY OF NEW YORK   )

       I, MELISSA COLFORD, being sworn, say; I am not a party to the action, am over 18 years of age and work at 80 Pine Street, New York, New York 10005. On June 18, 2008, I served the within **NOTICE OF APPEARANCE,** upon:

       McDermott & Radzik, LLP
       Wall Street Plaza
       88 Pine Street, 21st Floor
       New York, NY 10005-1801
       Attention: Edward C. Radzik, Esq.

       HANJIN SHIPPING
       80 East Route 4, Suite 390
       Paramus NJ 07652-2655

       To the address(es) designated by said attorneys for the purpose of depositing a true copy in a post-paid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and ECF.

                                                          _/s/ Melissa Colford_
                                                          MELISSA COLFORD

Sworn to before me this
18th day of June, 2008.

_/s/ Joan Sorrentino_
(Notary Public)

NYDOCS1/306971.1

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO5067227
Qualified in New York County
Commission Expires December 3, 2009