UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMERICAN HOME ASSURANCE
COMPANY a/s/o FURNITURE BRANDS
INTERNATIONAL, INC,

                Plaintiff,

- against -

M.V. YM HAMBURG, her engines, boilers,
appurtenances, etc.; HANJIN SHIPPING and
YANG MING MARINE TRANSPORT CORP.,

                Defendants.
------------------------------------------------------------------x

08 CV 4599 (LTS) (DF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    :
                                : ss.:
COUNTY OF NEW YORK  :

      Melissa Colford, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On July 21, 2008 deponent served the within **ANSWER TO COMPLAINT** upon:

      McDermott & Radzik, LLP
      Wall Street Plaza
      88 Pine Street, 21st Floor
      New York, NY 10005-1801
      Attention: Edward C. Radzik, Esq.

      HANJIN SHIPPING
      80 East Route 4, Suite 390
      Paramus NJ 07652-2655

      the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by ECF.

                                                                     _Melissa Colford_

Sworn to before me on the
21st of July, 2008

_____
NOTARY PUBLIC

NYDOCS1/308978.1

ROBERT G. RIDENOUR, JR.
Notary Public, State of New York
No. 01RI5008838
Qualified in Richmond County
Commission Expires March 1, 2011